# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND LINDA
TORRES

NO.  2020 CW 1196

VERSUS

THE ST. TAMMANY PARISH GOVERNMENT

CONSOLIDATED WITH

ANTHONY MISITA

VERSUS

JOHN MAUMOULIDES; LAKELOTS, INC.;
INTREPID, INC.; ONE CONSORT
INTERNATIONAL, LLC; LAKE RAMSEY
DEVELOPMENT AND ST. TAMMANY PARISH

**FEBRUARY 01, 2021**

---

In Re:    Anthony Misita and Glenn and Linda Torres, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2013-14638 c/w 2018-10697.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

  **WRIT NOT CONSIDERED.** This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 4-
5(C)(5), (8), (10), and (11).  Relators, Anthony Misita and
Glenn and Linda Torres, failed to include assignments or
specifications of error; a copy of the pleadings upon which the
ruling was founded; a copy of the pertinent court minutes; and a
notice of intent and return date order.

  To the extent relators seek review of multiple rulings,
this court will not consider relators' request for supervisory
review of multiple rulings, as relators improperly requested
supervisory review of multiple judgments in a single writ
application.  The relators may only request supervisory review
of these rulings by filing a separate writ application as to
each of these rulings. See **Succession of Burgo**, 2019-0612 (La.
App. 1st Cir. 8/5/19), 2019 WL 3574213 (unpublished).

  Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

  In the event relators seek to file new applications with
this court, such applications must contain all pertinent
documentation, and must comply with Rule 2-12.2, Uniform Rules
of Louisiana Courts of Appeal.  Any new application must be
filed on or before March 5, 2021, and must contain a copy of
this ruling.

                              **MRT**
                              **EW**
                              **CHH**


COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT